JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Gayle P. Buchanan, aka<br><br>Gayle P. Smith,<br><br>              Defendant | No. CV A 08-**02559**<br><br>CONSENT JUDGMENT |

   Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Gayle P. Buchanan, aka Gayle P. Smith, in the principal amount of $1,912.30 plus interest accrued to March 19, 2008, in the sum of $2,249.07; with interest accruing thereafter at 10% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of  $**4,161.37**.

DATED: April 24, 2008            By: SHERRI R. CARTER
                                     Clerk of the Court
                                     /s/K.Phillips for
                                     Sharon McGee-Traylor
                                     Deputy Clerk
                                     United States District Court